UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON PAUL CHESTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. GOVERNMENT JUDICIAL<br>BRANCH, et al.,<br><br>　　　　　　Defendants. | CASE NO. C12-5521 BHS<br><br>ORDER DISMISSING<br>COMPLAINT WITH PREJUDCIE<br>AND DENYING PLAINTIFF'S<br>MOTION TO PROCEED IN<br>FORMA PAUPERIS |

　　This matter comes before the Court on Plaintiff Jason Paul Chester's ("Chester") motion to proceed in forma pauperis (Dkt. 1) and complaint (Dkt. 1–1).

　　On June 18, 2012, Chester filed the instant motion and complaint. Chester alleges that he is the victim of statutory fraud because he is unable to file a criminal complaint.

　　A federal court may dismiss *sua sponte* pursuant to Fed. R. Civ. P. 12(b)(6) when it is clear that the Plaintiff has not stated a claim upon which relief may be granted. *See Omar v. Sea Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) ("A trial court may dismiss a claim *sua sponte* under Fed. R. Civ. P. 12(b)(6) . . . . Such a dismissal may be

made without notice where the claimant cannot possibly win relief."). *See also Mallard v. United States Dist. Court*, 490 U.S. 296, 307–308 (1989) (there is little doubt a federal court would have the power to dismiss frivolous complaint *sua sponte*, even in absence of an express statutory provision). A complaint is frivolous when it has no arguable basis in law or fact. *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

In this case, Chester's complaint is frivolous because it has no arguable basis in law or fact. Chester has no authority to file a criminal complaint, and the clerk's refusal to accept his criminal complaint is not a claim upon which relief may be granted. Therefore, the Court **DISMISSES** Chester's complaint **with prejudice**. The Court also **DENIES** Chester's motion to proceed in forma pauperis as **moot**.

Dated this 26th day of June, 2012.

BENJAMIN H. SETTLE
United States District Judge